# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MITCHELL ANTHONY SLAUGH <br> *Plaintiff* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  4:16-cv-5069-JTR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment, ECF No. 20, is granted.
Plaintiff's Motion for Summary Judgment, ECF No. 18, is denied.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  John T. Rodgers  on a motion for summary judgment.

Date:  August 28, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Karen White
*(By) Deputy Clerk*

Karen White